## 63004. BURSON v. THE STATE.

SHULMAN, Presiding Judge.
Defendant appeals his conviction of three counts of armed robbery. We affirm.

Although appellant failed to submit any enumerations of error (with a brief in support thereof), we have nevertheless reviewed the record to determine whether or not the verdict and judgment withstand a general grounds objection. Having found sufficient evidence of defendant's culpability upon which a jury could reasonably have found defendant guilty beyond a reasonable doubt of the offenses charged, the judgment of the trial court is affirmed. See Jackson v. Virginia, 443 U. S. 307 (99 SC 2781, 61 LE2d 560).

*Judgment affirmed. Birdsong and Sognier, JJ., concur.*

DECIDED JANUARY 6, 1982.

William P. Burson, *pro se.*
Lewis R. Slaton, *District Attorney,* Joseph J. Drolet, *Assistant District Attorney, for appellee.*